
UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK O. FONSECA,<br>        Petitioner,<br>  vs.<br>LARRY SMALLS,<br>        Respondent.<br>_____ | Case No. CV 11-9081 GAF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 29, 2012

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE